Eric J. Olson #37630
EJOlsonLaw
301 E. Colorado Blvd, Ste 520
Pasadena, CA 91101
Tel: 818 245 2246
Cell: 626 224 5619
Email: eric@EJOlsonLaw.com

Attorney for Debtor/Defendant Les Klein

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>LESLIE KLEIN, Debtor<br><br>ERICA VAGO and JOSEPH VAGO<br><br>Plaintiffs<br>v.<br><br>LESLIE KLEIN<br><br>Defendant | Case No. 2:23-bk-10990-SK<br><br>Hon. Sandra Klein<br><br>Ch 11<br><br>AP no. 2:23-ap-001150<br><br>{~~proposed~~} ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC. |

ORDER

The Parties having stipulated thereto and good cause appearing, it is ordered that the time for Defendant to respond to Plaintiffs' Complaint for Nondischargeability is extended to July 12, 2023.

*[signature]*    DATE: 6-13-23

Sandra Klein, Bankruptcy Judge

{~~PROPOSED~~} ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC    1