United States Bankruptcy Court

Central District of California

Vago,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01150-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jul 25, 2023     Form ID: pdf031     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erica Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D, Irvine, CA 92614-6840 |
| pla | + | Joseph Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, IRVINE IRVINE, CA 92614-6840 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian A Procel
    on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com  rdankwa@millerbarondess.com;docket@millerbarondess.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 25, 2023 | Form ID: pdf031 | Total Noticed: 3

Michael S Kogan
    on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 10

Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

**FILED & ENTERED**

**JUL 25 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY npy      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor.<br>_____<br><br>ERICA VAGO and JOSEPH VAGO,<br><br>      Plaintiff,<br><br>  v.<br><br>LESLIE KLEIN,<br><br>      Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01150-SK<br><br>**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:    **August 9, 2023**<br>Time:    **9:00 a.m.**<br>Place:    **Courtroom 1575**<br><br>**Requested Status Conference Date:**<br>Date:    **September 6, 2023**<br>Time:    **9:00 a.m.**<br>Place:    **Courtroom 1575** |

      The Court having considered the "Stipulation (1) to Extend Time to Respond to Complaint, (2) to Continue Status Conference" ("Stipulation"), Docket #13, entered into by Plaintiff Erica Vago and Joseph Vago (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or

ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) TO CONTINUE
STATUS CONFERENCE

"**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. Defendant's time to respond to the Complaint shall be extended to and including August 15, 2023.

3. The Status Conference for the Complaint shall be continued from August 9, 2023 at 9:00 a.m. to September 6, 2023 at 9:00 a.m.

### 

Date: July 25, 2023

Sandra R. Klein
United States Bankruptcy Judge

ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) TO CONTINUE STATUS CONFERENCE