ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | **STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>**Date: September 6, 2023**<br>**Time: 9:00 a.m.**<br>**Crtm: 1575**<br><br>**Requested Status Conference Date:**<br>**Date: October 18, 2023**<br>**Time: 9:00 a.m.**<br>**Crtm: 1575** |

This Stipulation for Order to Continue Status Conference is entered into between Plaintiffs Erica ("Erica") and Joseph Vago ("Joseph") (collectively, the "Vagos" or "Plaintiffs"), and

1

Defendant, Leslie Klein ("Klein" or "Defendant").  The Plaintiffs and Defendant are collectively referred to herein as the "Parties".

### RECITALS

1. On May 10, 2023, the Vagos filed a complaint against Klein to determine the nondischargeability of certain debts pursuant to 11 U.S.C. § 523 and to deny discharge pursuant to 11 U.S.C. § 727 ("Complaint") [Docket No. 1].

2. The Parties agreed to extend the deadline for Defendant to file a response to the Complaint to August 15, 2023.

3. On August 14, 2023, Defendant filed his motion for order dismissing certain causes of action in the Complaint ("Motion to Dismiss") [Docket No. 17].

4. No hearing has yet been set on the Motion to Dismiss.

5. A status conference is presently scheduled for September 6, 2023 ("Status Conference").

6. The Parties have agreed to continue the Status Conference to a date after the Motion to Dismiss is heard by the Court to enable the Status Conference to be more meaningful to the Parties.

### STIPULATION

**NOW, THEREFORE**, the Parties hereby agree and stipulate that, subject to the approval of the Court:

A. The Status Conference shall be continued from September 6, 2023 at 9:00 a.m. to October 18, 2023 at 9:00 a.m., or such later date and time as the Court deems proper.

Respectfully submitted,

Dated:  August 22, 2023    **GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
Robert P. Goe
Attorneys for Plaintiffs Erica Vago and
Joseph Vago

Dated: August 22, 2023

**THE KOGAN LAW FIRM, APC**

By: _____
Michael S. Kogan
Attorneys for Defendant Leslie Klein

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com

☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 22, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 22, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1