| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe - State Bar No. 137019<br>**GOE FORSYTHE & HODGES LLP**<br>17701 Cowan Avenue, Suite 210, Bldg. D<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br><br>Telephone:  (949) 798-246<br>Facsimile:   (949) 955-9437<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Judgment Creditors and Plaintiffs Erica and Joseph Vago | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:23-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01150-SK |
|---|---|
| ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiff(s),<br>vs.<br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  **STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE** was lodged on (*date*) August 28, 2023 and is attached.  This order relates to the motion which is docket number 21.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Monday, August 28, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11285652.doc** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Vago et al v. Klein
- **Case Number**:  23-01150
- **Judge Initial**:  SK
- **Case Type**:  ap ( Adversary )
- **Document Number**:  21
- **On Date**:  08/28/2023 @ 12:31 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK<br><br>**ORDER APPROVING STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>**Date: September 6, 2023**<br>**Time: 9:00 a.m.**<br>**Crtm: 1575**<br><br>**Requested Status Conference Date:**<br>**Date: October 18, 2023**<br>**Time: 9:00 a.m.**<br>**Crtm: 1575** |

1

Upon consideration of the Stipulation ("Stipulation") entered between Plaintiffs Erica and Joseph Vago, and Defendant, Leslie Klein to Continue Status Conference, filed August 22, 2023 as Docket No. 21, and good cause appearing,

IT IS ORDERED:

1. The Stipulation is approved;

2. The Status Conference is continued from September 6, 2023 at 9:00 a.m. to October 18, 2023 at 9:00 a.m.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 28, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 28, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**