| | |
|---|---|
| ROBERT P. GOE (State Bar No. 137019)<br>rgoe@goeforlaw.com<br>REEM J. BELLO (State Bar No. 198840)<br>rbello@goeforlaw.com<br>**GOE FORSYTHE & HODGES LLP**<br>17701 Cowan Avenue, Suite 210, Bldg. D<br>Irvine, CA 92614<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br><br>BRIAN A. PROCEL (State Bar No. 218657)<br>brian@procel-law.com<br>MARTIN H. PRITIKIN (State Bar No. 210845)<br>marty@procel-law.com<br>**PROCEL LAW, PC**<br>401 Wilshire Boulevard, 12th Floor<br>Santa Monica, California 90401<br>Telephone: (424) 788-4538<br><br>Attorneys for Judgment Creditors and Plaintiffs<br>Erica and Joseph Vago | **FILED & ENTERED**<br><br>AUG 30 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may       DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | **ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:   September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Hearing on Motion to Dismiss and Status Conference:**<br>Date:   October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

1

On May 10, 2023, Erica Vago and Joseph Vago (Plaintiffs), filed a "Complaint to Determine the Nondischargeability of Certain Debts . . ." against Leslie Klein (Defendant). The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . ." (Motion) filed by Defendant on August 14, 2023 [Docket No. 17], and the "Stipulation for Order to Continue Status Conference" (Stipulation) [Docket No. 21] entered into between Plaintiff and Defendant,

IT IS HEREBY ORDERED THAT:

1. The Motion is set for hearing on October 18, 2023, at 9:00 a.m.
2. The deadline for filing an opposition to the Motion is September 8, 2023, at 12:00 p.m. noon.
3. The deadline for filing a reply, if any, to the opposition, is September 15, 2023, at 12:00 p.m. noon.
4. No further briefing will be allowed or considered.
5. The Stipulation is approved.
2. The Status Conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 30, 2023

Sandra R. Klein
United States Bankruptcy Judge

2