United States Bankruptcy Court
Central District of California

Vago,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01150-SK

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Aug 30, 2023     Form ID: pdf031     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erica Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D, Irvine, CA 92614-6840 |
| pla | + | Joseph Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, IRVINE IRVINE, CA 92614-6840 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 30, 2023 | Form ID: pdf031 | Total Noticed: 3

Michael S Kogan
    on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 10

```
 1  ROBERT P. GOE (State Bar No. 137019)
    rgoe@goeforlaw.com
 2  REEM J. BELLO (State Bar No. 198840)
    rbello@goeforlaw.com
 3  GOE FORSYTHE & HODGES LLP
    17701 Cowan Avenue, Suite 210, Bldg. D
 4  Irvine, CA 92614
    Telephone: (949) 798-2460
 5  Facsimile: (949) 955-9437

 6  BRIAN A. PROCEL (State Bar No. 218657)
    brian@procel-law.com
 7  MARTIN H. PRITIKIN (State Bar No. 210845)
    marty@procel-law.com
 8  PROCEL LAW, PC
    401 Wilshire Boulevard, 12th Floor
 9  Santa Monica, California 90401
    Telephone: (424) 788-4538
10
    Attorneys for Judgment Creditors and Plaintiffs
11  Erica and Joseph Vago
```

**FILED & ENTERED**

**AUG 30 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>    Defendants. | **ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:   September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Hearing on Motion to Dismiss and Status Conference:**<br>Date:   October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

1

On May 10, 2023, Erica Vago and Joseph Vago (Plaintiffs), filed a "Complaint to Determine the Nondischargeability of Certain Debts . . ." against Leslie Klein (Defendant). The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . ." (Motion) filed by Defendant on August 14, 2023 [Docket No. 17], and the "Stipulation for Order to Continue Status Conference" (Stipulation) [Docket No. 21] entered into between Plaintiff and Defendant,

IT IS HEREBY ORDERED THAT:

1. The Motion is set for hearing on October 18, 2023, at 9:00 a.m.
2. The deadline for filing an opposition to the Motion is September 8, 2023, at 12:00 p.m. noon.
3. The deadline for filing a reply, if any, to the opposition, is September 15, 2023, at 12:00 p.m. noon.
4. No further briefing will be allowed or considered.
5. The Stipulation is approved.
2. The Status Conference is continued to October 18, 2023, at 9:00 a.m.

### 

Date: August 30, 2023

Sandra R. Klein
United States Bankruptcy Judge

2