Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954.1690
mkogan@koganlawfirm.com
Former Attorneys for Leslie Klein

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br>_____<br><br>JOSEPH VAGO AND ERICA VAGO,<br><br>    Plaintiff,<br>v.<br><br>LESLIE KLEIN,<br><br>    Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01150-SK<br><br>**NOTICE OF WITHDRAWAL OF KOGAN LAW FIRM, APC IN ADVERSRAY PROCEEDING AS COUNSEL TO LESLIE KLEIN**<br><br>Date:    [NO HEARING REQUIRED]<br>Time:<br>Place:    Courtroom 1575 |

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal as Counsel for Debtor [DKT 445] entered on October 18, 2023 in the main case (2:23-bk-10990-SK), the Kogan Law Firm, APC is no longer counsel to Leslie Klein in the above entitled adversary proceeding, and Leslie Klein is representing himself herein.

DATED: October 19, 2023         **KOGAN LAW FIRM, APC**
                                Michael S. Kogan


                                By: /s/Michael S. Kogan
                                    Michael S. Kogan
                                    Former Attorneys for Leslie Klein

---

NOTICE OF WITHDRAWAL OF KOGAN LAW FIRM, APC IN ADVERSRAY PROCEEDING AS COUNSEL TO LESLIE KLEIN

| | |
|---|---|
| In re: LESLIE KLEIN<br>　　　　　　　　　　Debtor(s).<br>Joseph Vago and Erica Vago v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01150-SK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF KOGAN LAW FIRM, APC IN ADVERSRAY PROCEEDING AS COUNSEL TO LESLIE KLEIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 19, 2023**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 19, 2023** | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Type Name | Signature |

| In re: LESLIE KLEIN<br>Debtor(s).<br>Joseph Vago and Erica Vago v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01150-SK |
|---|---|

ADDITIONAL SERVICE INFORMATION (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    Reem Bello (PL)  rbello@goeforlaw.com
    Robert Goe (PL) kmurphy@goeforlaw.com
    Brian A Procel bprocel@millerbarondess.com
    Eric J Olson eric@EJOlsonLaw.com
    Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com,
    lwageman@elkinskalt.com, docketing@elkinskalt.com
    Nikko Salvatore Stevens (IP) nikko@cym.law, mandi@cym.law
    United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
    Clarisse Young (IP) youngshumaker@smcounsel.com, levern@smcounsel.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

    Hon. Sandra Klein
    U.S. Bankruptcy Court
    255 E. Temple St. #1582
    Los Angeles, CA 90012