# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:23-ap-01150-SK

*Assigned to:* Sandra R. Klein  
*Lead BK Case:* 23-10990  
*Lead BK Title:* Leslie Klein  
*Lead BK Chapter:* 11  
*Demand:* $26386891000

*Date Filed:* 05/10/23

*Nature[s] of Suit:*  67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
41 Objection / revocation of discharge - 727(c),(d),(e)

---

*Plaintiff*
-----------------------
**Erica Vago**  
c/o Goe Forsythe & Hodges LLP  
17701 Cowan, Suite 210  
Building D  
Irvine, CA 92614  
949-798-2460

represented by **Reem J Bello**  
Goe Forsythe & Hodges LLP  
17701 Cowan  
Building D  
Ste 210  
Irvine, CA 92614  
949-798-2460  
Fax : 949-955-9437  
Email: rbello@goeforlaw.com

**Robert P Goe**  
Goe Forsythe & Hodges LLP  
17701 Cowan  
Building D  
Suite 210  
Irvine, CA 92614  
949-798-2460  
Fax : 949-955-9437  
Email: kmurphy@goeforlaw.com

**Brian A Procel**  
Procel Law, PC  
401 Wilshire Boulevard  
12th Floor  
Santa Monica, CA 90401  
213-453-4694  
Fax : 310-552-8400  
Email: bprocel@millerbarondess.com

*Plaintiff*
-----------------------
**Joseph Vago**  
c/o Goe Forsythe & Hodges LLP

represented by **Reem J Bello**  
(See above for address)

17701 Cowan
Suite 210
IRVINE
IRVINE, CA 92614
949-798-2460

**Robert P Goe**
(See above for address)

V.

*Defendant*
------------------------
**Leslie Klein**
322 N. June Street
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944

represented by **Leslie Klein**
PRO SE

**Michael S Kogan**
Kogan Law Firm, APC
11500 W. Olympic Blvd., Ste 400
Los Angeles, CA 90064
213-359-1097
Email: mkogan@koganlawfirm.com
*TERMINATED: 10/19/2023*

(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*

*U.S. Trustee*
------------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2023 | 30 | Notice of lodgment of Order of Judgment Filed by Defendant Leslie Klein (RE: related document(s)17 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 31 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL and (2) Requires the docket entry number of motion the order relates to. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)30 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |