United States Bankruptcy Court
Central District of California

Vago,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01150-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 26, 2023      Form ID: pdf002      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erica Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D, Irvine, CA 92614-6840 |
| pla | + | Joseph Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, IRVINE IRVINE, CA 92614-6840 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Oct 26, 2023 Form ID: pdf002 Total Noticed: 3

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Adversary Proceeding #: 2:23-ap-01150-SK

*Assigned to:* Sandra R. Klein  
*Lead BK Case:* 23-10990  
*Lead BK Title:* Leslie Klein  
*Lead BK Chapter:* 11  
*Demand:* $26386891000  

*Date Filed:* 05/10/23

*Nature[s] of Suit:*  67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
41 Objection / revocation of discharge - 727(c),(d),(e)


*Plaintiff*
-----------------------
**Erica Vago**  
c/o Goe Forsythe & Hodges LLP  
17701 Cowan, Suite 210  
Building D  
Irvine, CA 92614  
949-798-2460

represented by **Reem J Bello**  
Goe Forsythe & Hodges LLP  
17701 Cowan  
Building D  
Ste 210  
Irvine, CA 92614  
949-798-2460  
Fax : 949-955-9437  
Email: rbello@goeforlaw.com  

**Robert P Goe**  
Goe Forsythe & Hodges LLP  
17701 Cowan  
Building D  
Suite 210  
Irvine, CA 92614  
949-798-2460  
Fax : 949-955-9437  
Email: kmurphy@goeforlaw.com  

**Brian A Procel**  
Procel Law, PC  
401 Wilshire Boulevard  
12th Floor  
Santa Monica, CA 90401  
213-453-4694  
Fax : 310-552-8400  
Email: bprocel@millerbarondess.com

*Plaintiff*
-----------------------
**Joseph Vago**  
c/o Goe Forsythe & Hodges LLP

represented by **Reem J Bello**  
(See above for address)

17701 Cowan
Suite 210
IRVINE
IRVINE, CA 92614
949-798-2460

**Robert P Goe**
(See above for address)

V.

*Defendant*
-----------------------
**Leslie Klein**
322 N. June Street
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944

represented by **Leslie Klein**
PRO SE

**Michael S Kogan**
Kogan Law Firm, APC
11500 W. Olympic Blvd., Ste 400
Los Angeles, CA 90064
213-359-1097
Email: mkogan@koganlawfirm.com
*TERMINATED: 10/19/2023*


(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*


*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2023 | ● 30 | Notice of lodgment of Order of Judgment Filed by Defendant Leslie Klein (RE: related document(s)17 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | ● 31 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL and (2) Requires the docket entry number of motion the order relates to. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)30 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |