United States Bankruptcy Court
Central District of California

Vago,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01150-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Nov 09, 2023     Form ID: pdf031     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erica Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D, Irvine, CA 92614-6840 |
| pla | + | Joseph Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, IRVINE IRVINE, CA 92614-6840 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com  rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf031 | Total Noticed: 3 |

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9



**FILED & ENTERED**

**NOV 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may          **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br>Debtor,<br><br>Erica Vago, Joseph Vago<br><br>Plaintiffs,<br><br>vs.<br><br>Leslie Klein<br><br>Defendant. | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01150-SK<br><br>**ORDER GRANTING MOTION FOR ORDER DISMISSING CERTAIN CAUSES OF ACTION IN COMPLAINT**<br><br>Date: 10/18/23<br>Time: 9:00 a.m.<br>Crtrm: 1575 (via ZoomGov) |

//
//
//
//
//
//
//

- 1

On 8/14/23, Leslie Klein (Klein) filed a "Motion for Order Dismissing Certain Causes of Action in Complaint" (Motion).  Docket #17.  On 9/8/23, Erica and Joseph Vago (the Vagos) filed an opposition (Opposition) to the Motion.  Docket #27.  On 9/13/23, Klein filed a reply (Reply).  Docket #28.  The Court held a hearing on the Motion on 10/18/23 at 9:00 a.m. (Hearing).  After considering all the pleadings and arguments, the Court ordered as follows:

1. The Motion was GRANTED;
2. The Vagos' Fourth Claim for Relief under 11 U.S.C. § 727(a)(12) was dismissed.

IT IS SO ORDERED.

###

Date: November 8, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2 -