| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe - State Bar No. 137019<br>**GOE FORSYTHE & HODGES LLP**<br>17701 Cowan Avenue, Suite 210, Bldg. D<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br><br>Telephone: (949) 798-246<br>Facsimile: (949) 955-9437<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Judgment Creditors and Plaintiffs Erica and Joseph Vago | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s). | CASE NO.: 2:23-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01150-SK |
|---|---|
| ERICA VAGO and JOSEPH VAGO,<br>Plaintiff(s),<br>vs.<br>LESLIE KLEIN and DOES 1 through 10,<br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  **SCHEDULING ORDER AFTER STATUS CONFERENCE** |

PLEASE TAKE NOTE that the order or judgment titled **SCHEDULING ORDER AFTEER STATUS CONFERENCE** was lodged on (*date*) December 20, 2023 and is attached.  This order relates to the motion which is docket number ___.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                              **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Wednesday, December 20, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11292877.doc** )
  A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Vago et al v. Klein
- **Case Number**:  23-01150
- **Judge Initial**:  SK
- **Case Type**:  ap ( Adversary )
- **Document Number**:  1
- **On Date**:  12/20/2023 @ 10:54 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| | |
|---|---|
| 1 | ROBERT P. GOE (State Bar No. 137019 |
| | rgoe@goeforlaw.com |
| 2 | REEM J. BELLO (State Bar No. 198840) |
| | rbello@goeforlaw.com |
| 3 | **GOE FORSYTHE & HODGES LLP** |
| | 17701 Cowan Avenue, Suite 210, Bldg. D |
| 4 | Irvine, CA 92614 |
| | Telephone: (949) 798-2460 |
| 5 | Facsimile: (949) 955-9437 |
| 6 | BRIAN A. PROCEL (State Bar No. 218657) |
| | brian@procel-law.com |
| 7 | MARTIN H. PRITIKIN (State Bar No. 210845) |
| | marty@procel-law.com |
| 8 | **PROCEL LAW, PC** |
| | 401 Wilshire Boulevard, 12th Floor |
| 9 | Santa Monica, California 90401 |
| | Telephone: (424) 788-4538 |
| 10 | |
| 11 | Attorneys for Judgment Creditors and Plaintiffs Erica and Joseph Vago |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>  Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>  Defendants. | **SCHEDULING ORDER AFTER STATUS CONFERENCE**<br><br>**Status Conference Date:**<br>**Date:  December 20, 2023**<br>**Time:  9:00 a.m.**<br>**Crtm: 1575** |

1

The Status Conference ("Status Conference") in the above-entitled adversary proceeding in the bankruptcy case of Leslie Klein ("Debtor"), took place on the date and time indicated above and the Court ordered as follows:

**IT IS ORDERED:**

1. Erica Vago and Joseph Vago ("Plaintiffs") and Leslie Klein ("Defendant") (collectively, the "Parties") shall meet and confer on the choice of mediator by February 3, 2024;

2. Counsel for Plaintiffs shall contact the mediator by February 10, 2024 to schedule the mediation;

3. The Parties shall complete one session of mediation by March 10, 2024;

4. A continued Status Conference shall be held on April 17, 2024 at 9:00 a.m.; and

5. A joint status report shall be filed by April 3, 2024.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17701 Cowan, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) December 20, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leslie Klein
322 N. June Street
Los Angeles, CA 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 20, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**