ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

**FILED & ENTERED**

**DEC 20 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | **SCHEDULING ORDER AFTER STATUS CONFERENCE**<br><br>**Status Conference Date:**<br>**Date:** December 20, 2023<br>**Time:** 9:00 a.m.<br>**Crtm:** 1575 (via ZoomGov) |

1

The Status Conference ("Status Conference") in the above-entitled adversary proceeding in the bankruptcy case of Leslie Klein ("Debtor"), took place on the date and time indicated above and the Court ordered as follows:

**IT IS ORDERED:**

1. Erica Vago and Joseph Vago ("Plaintiffs") and Leslie Klein ("Defendant") (collectively, the "Parties") shall meet and confer on the choice of mediator by February 3, 2024;

2. Counsel for Plaintiffs shall contact the mediator by February 10, 2024 to schedule the mediation;

3. The Parties shall complete one session of mediation by March 10, 2024;

4. A continued Status Conference shall be held on April 17, 2024 at 9:00 a.m.; and

5. A joint status report shall be filed by April 3, 2024.

###

Date: December 20, 2023

Sandra R. Klein
United States Bankruptcy Judge

2