United States Bankruptcy Court
Central District of California

Vago,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01150-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Dec 20, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erica Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D, Irvine, CA 92614-6840 |
| pla | + | Joseph Vago, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, IRVINE IRVINE, CA 92614-6840 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf031 | Total Noticed: 3 |

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

**FILED & ENTERED**

**DEC 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may        **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>ERICA VAGO and JOSEPH VAGO,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK<br><br>**SCHEDULING ORDER AFTER STATUS CONFERENCE**<br><br>**Status Conference Date:**<br>**Date:** December 20, 2023<br>**Time:** 9:00 a.m.<br>**Crtm:** 1575 (via ZoomGov) |

1

The Status Conference ("Status Conference") in the above-entitled adversary proceeding in the bankruptcy case of Leslie Klein ("Debtor"), took place on the date and time indicated above and the Court ordered as follows:

**IT IS ORDERED:**

1. Erica Vago and Joseph Vago ("Plaintiffs") and Leslie Klein ("Defendant") (collectively, the "Parties") shall meet and confer on the choice of mediator by February 3, 2024;

2. Counsel for Plaintiffs shall contact the mediator by February 10, 2024 to schedule the mediation;

3. The Parties shall complete one session of mediation by March 10, 2024;

4. A continued Status Conference shall be held on April 17, 2024 at 9:00 a.m.; and

5. A joint status report shall be filed by April 3, 2024.

###

Date: December 20, 2023

Sandra R. Klein
United States Bankruptcy Judge

2