ROBERT P. GOE (State Bar No. 137019)
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>         Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK |
| ERICA VAGO and JOSEPH VAGO,<br><br>         Plaintiffs,<br><br>    vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>         Defendants. | **STATEMENT OF PLAINTIFFS RE PLAINTIFFS' EFFORTS TO COMPLY WITH SCHEDULING ORDER AFTER STATUS CONFERENCE; DECLARATION OF REEM J. BELLO IN SUPPORT THEREOF**<br><br>**<u>Status Conference Date</u>:**<br>**Date: April 17, 2024**<br>**Time: 9:00 a.m.**<br>**Crtm: 1575** |

1

Erica Vago and Joseph Vago ("Plaintiffs") hereby submit this Statement ("Statement") Regarding the Scheduling Order After Status Conference ("Scheduling Order") to advise the Court of Plaintiffs' efforts to comply with the Scheduling Order prior to the scheduled April 17, 2024 status conference ("Status Conference") in the above-entitled adversary proceeding ("Vago Proceeding") in the bankruptcy case of Leslie Klein ("Debtor"), and respectfully represent as follows:

I.     **STATEMENT OF FACTS CONCERNING PLAINTIFFS' EFFORTS TO COMPLY WITH SCHEDULING ORDER**

A.     **The Scheduling Order Setting Deadlines re Mediation**

On December 20, 2023, a status conference was held in the Vago Proceeding in which the Court ordered the Plaintiffs and Leslie Klein ("Defendant") to mediation.  An order was entered on December 20, 2023 [Docket No. 40] in which the Court set the following deadlines:

1.     Erica and Joseph Vago ("Plaintiffs") and Leslie Klein ("Defendant") (collectively, the "Parties") shall meet and confer on the choice of mediator by February 3, 2024;

2.     Counsel for Plaintiffs shall contact the mediator by February 10, 2024 to schedule the mediation;

3.     The Parties shall complete one session of mediation by March 10, 2024;

4.     A continued Status Conference shall be held on April 17, 2024 at 9:00 a.m.; and

5.     A joint status report shall be filed by April 3, 2024.

*See* Scheduling Order attached as **Exhibit 1** to the attached Declaration of Reem J. Bello ("Bello Declaration").

B.     **Plaintiffs' Efforts to Comply with Scheduling Order**

On December 20, 2023, Plaintiffs' counsel sent correspondence to Defendant requesting that Defendant advise of his choice of mediator.  *See* **Exhibit 2** to Bello Declaration.  Defendant responded, with "Ok Thank yo [sp]".  *See* **Exhibit 2**.

During the month of January 2024, Plaintiffs' counsel and Defendant had several exchanges of correspondence regarding the choice of mediator, and eventually Judge Meredith Jury ("Mediator") was chosen as a mediator on or about January 31, 2024.  *See* Bello Declaration and **Exhibit 3**.  Plaintiffs' counsel timely complied with the Scheduling Order by contacting the Mediator in advance of the deadline set by the Court.  On January 31, 2024, Marc Lieberman ("Mr. Lieberman") sent correspondence on behalf of Defendant to the Mediator.  *See* **Exhibit 4**. On January 31, 2024, the Mediator sent correspondence to the parties advising of her available dates to mediate the Vago Proceeding.  *See* **Exhibit 5**.

On February 2, 2024, Plaintiffs' counsel sent correspondence to the Mediator, and cc'd Marc Lieberman and Defendant, advising of dates that Plaintiffs are available for mediation.  *See* **Exhibit 6**.

After not receiving a response from Defendant regarding available dates for mediation, Plaintiffs' counsel sent follow-correspondence to the Mediator.  *See* **Exhibit 7**.  The Mediator sent correspondence advising that she had not heard from the Defendant regarding available dates.  *Id.* *See* **Exhibit 7**.  Defendant then sent correspondence to Plaintiffs' counsel advising that he "agreed to" March 29 which is outside the deadline set by the Court in the Scheduling Order.  *See* **Exhibit 8**.  Mr. Lieberman then sent correspondence to Plaintiffs' counsel advising that he would "get a response from Les today.  Remind me again the date(s) you want".  *See* **Exhibit 9**.  Plaintiffs' counsel sent correspondence to Mr. Lieberman advising him of the dates that the Plaintiffs are available within the time frame set by the Court in the Scheduling Order.  *Id.*  After not receiving correspondence from Defendant or Mr. Lieberman of Defendant's available dates for mediation through March 10, 2024, Plaintiffs' counsel sent follow-up correspondence to Defendant.  *See* **Exhibit 10**.  The Mediator responded that she was still available to mediate on March 6 (one of the dates that the Plaintiffs had chosen for mediation).  *Id.*  Defendant then sent multiple correspondences to Plaintiffs' counsel insisting upon having the mediation conducted on March 29, 2024.  *See* **Exhibit 11**.  Plaintiffs' counsel sent multiple correspondences to Defendant in

1    response advising that March 29, 2024 was not within the time frame set by the Court in the

2    Scheduling Order and moreover, Plaintiffs' counsel was not available on that date.  *Id.*  Debtor

3    sent email correspondence asserting that he is not available to mediate before the March 10, 2024

4    deadline, but he is available to mediate "March 27 to April 10".  *Id.*

5         Plaintiffs attempted to comply with the Court's Scheduling Order but have been unable to

6    do so as set forth in **Exhibits 2 through 11** attached to the Bello Declaration.  Plaintiffs' counsel

7    spoke with the Mediator on March 1, 2024 and has been advised that of the dates set forth in

8    Defendant's correspondence included in **Exhibit 11**, the Mediator is available on April 8, 9 or 10.

9    *See* ¶ 4 of Bello Declaration.  Plaintiffs and Plaintiffs' counsel are currently available for

10   mediation on April 9 or 10.

11   **II.    CONCLUSION**

12        Plaintiffs submit this Statement in order to advise the Court of the status of the Plaintiffs'

13   efforts to schedule mediation in the Vago Adversary.

                                          Respectfully submitted,

15   Dated:  March 1, 2024                 **GOE FORSYTHE & HODGES LLP**

17                                         By: /s/Robert P. Goe_____

18                                            Robert P. Goe
                                              Attorneys for Plaintiffs Erica Vago and
19                                            Joseph Vago

4

1

### DECLARATION OF REEM J. BELLO

2      1.     I am an attorney with the law firm of Goe Forsythe & Hodges LLP, co-counsel for

3  Erica Vago and Joseph Vago ("Plaintiffs") in the above-entitled adversary proceeding ("Vago

4  Proceeding") in the bankruptcy case of Leslie Klein ("Debtor"). I have personal knowledge of the

5  facts set forth herein except where otherwise stated. I make this declaration in support of the

6  Statement ("Statement") Regarding the Scheduling Order After Status Conference ("Scheduling

7  Order") to which this declaration is attached. Any terms not otherwise defined herein have the

8  same meanings as they do in the Statement.

9      2.     Attached as **Exhibit 1** is the scheduling order entered by the Court on December

10  20, 2023 [Docket No. 40].

11      3.     Attached as **Exhibits 2 through 11** are email correspondences between my firm

12  and Defendant, Mr. Lieberman and the Mediator.

13      4.     I spoke with the Mediator on March 1, 2024 and the Mediator advised me that with

14  respect to the Defendant's timeframe of availability to mediate "March 27 to April 10", the

15  Mediator is available to conduct mediation on April 8, 9 or 10.

16      I declare, under the laws of the United States of America, that the foregoing is true and

17  correct to the best of my knowledge. Executed this 1st day of March 2024, at Orange County,

18  California.

19
20                                                          Reem J. Bello

21

22

23

24

25

26

27

28                                        5

# EXHIBIT 1

# EXHIBIT 1

1  ROBERT P. GOE (State Bar No. 137019)
   rgoe@goeforlaw.com
2  REEM J. BELLO (State Bar No. 198840)
   rbello@goeforlaw.com
3  **GOE FORSYTHE & HODGES LLP**
   17701 Cowan Avenue, Suite 210, Bldg. D
4  Irvine, CA 92614
   Telephone: (949) 798-2460
5  Facsimile: (949) 955-9437

6  BRIAN A. PROCEL (State Bar No. 218657)
   brian@procel-law.com
7  MARTIN H. PRITIKIN (State Bar No. 210845)
   marty@procel-law.com
8  **PROCEL LAW, PC**
   401 Wilshire Boulevard, 12th Floor
9  Santa Monica, California 90401
   Telephone: (424) 788-4538
10

11 Attorneys for Judgment Creditors and Plaintiffs
   Erica and Joseph Vago

12                 **UNITED STATES BANKRUPTCY COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14                       **LOS ANGELES DIVISION**

15

16 In re                              | Case No. 2:23-bk-10990-SK

17 LESLIE KLEIN,                       | Chapter 11

18         Debtor.                     | Adv. Case No. 2:23-ap-01150-SK

19 ERICA VAGO and JOSEPH VAGO,         | **SCHEDULING ORDER AFTER STATUS
                                       | CONFERENCE**
20         Plaintiffs,
                                       | **Status Conference Date:**
21     vs.                            | **Date:  December 20, 2023**
                                       | **Time:  9:00 a.m.**
22 LESLIE KLEIN and DOES 1 through 10, | **Crtm: 1575 (via ZoomGov)**

23         Defendants.

24

25

26

27

28                                    1

EXHIBIT 1                                      Page 1 of 2

FILED & ENTERED

DEC 20 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

1      The Status Conference ("Status Conference") in the above-entitled adversary proceeding in

2  the bankruptcy case of Leslie Klein ("Debtor"), took place on the date and time indicated above

3  and the Court ordered as follows:

4      **IT IS ORDERED:**

5      1.     Erica Vago and Joseph Vago ("Plaintiffs") and Leslie Klein ("Defendant")

6  (collectively, the "Parties") shall meet and confer on the choice of mediator by February 3, 2024;

7      2.     Counsel for Plaintiffs shall contact the mediator by February 10, 2024 to schedule

8  the mediation;

9      3.     The Parties shall complete one session of mediation by March 10, 2024;

10     4.     A continued Status Conference shall be held on April 17, 2024 at 9:00 a.m.; and

11     5.     A joint status report shall be filed by April 3, 2024.

12                          ###

13

14

15

16

17

18

19

20

21

22

23  Date: December 20, 2023

24                                        Sandra R. Klein
                                        United States Bankruptcy Judge

25

26

27

28                              2

# EXHIBIT 2

# EXHIBIT 2

| | |
|---|---|
| **From:** | Leslie Klein |
| **To:** | Reem Bello |
| **Subject:** | Re: Vago v. Klein Meet and Confer re Choice of Mediator |
| **Date:** | Wednesday, December 20, 2023 9:31:38 AM |
| **Attachments:** | image001.png |



> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ok Thank yo

Sent from my iPhone

On Dec 20, 2023, at 9:28 AM, Reem Bello <rbello@goeforlaw.com> wrote:

Mr. Klein,

Pursuant to the Court's order at the status conference held today, please advise of your choice of mediators for the Vago v. Klein adversary proceeding.  We will discuss the same with our clients and send you our proposal for mediators as well.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

***PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION***
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP. ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE*

EXHIBIT 2                                                    Page 1 of 2

*STATE OR LOCAL TAX LAW PROVISIONS.*

Please take into consideration the environment before printing this email…save a Tree.

EXHIBIT 2                                        Page 2 of 2

# EXHIBIT 3

# EXHIBIT 3

| From: | Reem Bello |
|---|---|
| To: | "Meredith Jury" |
| Cc: | Susan Stein; Rob Goe; Leslie Klein; Marc Lieberman; Steven Mayer |
| Subject: | Mediation in the Case of Leslie Klein |
| Date: | Wednesday, January 31, 2024 11:57:00 AM |
| Attachments: | image001.png |

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein
("Debtor").  Debtor is cc'd on this email as well as proposed counsel for Debtor in this
nondischargeability adversary proceeding the Vagos filed against the Debtor.  Judge Sandra
Klein ordered the parties to mediation.  The parties have met and conferred as required by the
Court on choice of mediator and have agreed to contact you regarding your availability to
mediate this matter.  Pursuant to the scheduling order attached, the parties must complete
one day of mediation by March 10.  Are you available and interested in mediating this matter?
If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate,
unrelated plaintiff who may also be interested in having you mediate their adversary
proceeding.  I have cc'd counsel for that plaintiff on this email as well.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

EXHIBIT 3                                                                        Page 1 of 1

# EXHIBIT 4

# EXHIBIT 4

| | |
|---|---|
| **From:** | Marc Lieberman |
| **To:** | "Meredith Jury" |
| **Cc:** | Susan Stein; Rob Goe; Leslie Klein; "Steven Mayer"; Reem Bello |
| **Subject:** | RE: Mediation in the Case of Leslie Klein |
| **Date:** | Wednesday, January 31, 2024 12:31:46 PM |
| **Attachments:** | image007.png |
| | image002.png |
| | image003.png |
| | image012.png |
| | image013.png |



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Judge Jury:

I represent Les Klein's law firm and an in the process of being retained to represent him at mediation.  The issue is complicated by the fact that he is presently a Chapter 11 debtor, but not a debtor-in-possession.  A motion to convert to Chapter 7 is set for February 28, 2024.  In anticipation of the case converting and me being retained, I would ask that the mediations be set for the month of March.


**MARC A. LIEBERMAN, ESQ.**
**FLP LAW GROUP, LLP**
(formerly Fredman Lieberman Pearl LLP)
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350 ext. 2
marc.lieberman@flpllp.com
**www.flpllp.com**







EXHIBIT 4                                                                Page 1 of 3

Certified Specialist
<u>Bankruptcy Law</u>
<u>State Bar of California</u>
<u>Board of Legal Specialization</u>

This message and any attached documents contain information from the law firm of FLP LAW GROUP LLP that may be
confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this
information. If you have received this transmission in error, please notify the sender immediately by reply email and then
delete this message. We are a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help
individuals and their companies find solutions to  their debt problems, including, where appropriate, assisting them file
petitions for relief under the United States Bankruptcy Code. This does not constitute an electronic signature.

**From:** Steven Mayer [mailto:smayer@mayerlawla.com]
**Sent:** Wednesday, January 31, 2024 12:26 PM
**To:** Reem Bello; 'Meredith Jury'
**Cc:** Susan Stein; Rob Goe; Leslie Klein; Marc Lieberman
**Subject:** RE: Mediation in the Case of Leslie Klein

Ms. Bello, thank you for including me on your below email.

Judge Jury, I represent the Plaintiff in the other adversary matter mentioned in Ms. Bello's email,
which Judge Klein also ordered to mediation and with the same deadlines.  I have been speaking
with Ms. Bello and Mr. Lieberman in this regard, and I am also interested in having you mediate my
case.  They do not object to this request.

My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement dated December 24,
1992. Judge Klein entered a Scheduling Order with the same deadlines as Ms. Bello's case. Attached
are copies of the Complaint and Scheduling Order.

Thank you.

-Steve

**Steven M. Mayer, Esq.**
**Mayer Law Group, A.P.C.**



16133 Ventura Blvd., PH
Encino, CA 91436
**T** (818) 528-2858
**F** (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is
privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by replying to the sender or by telephone at (818) 528-2858.

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein
<les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer

EXHIBIT 4                                    Page 2 of 3

&lt;smayer@mayerlawla.com&gt;

**Subject:** Mediation in the Case of Leslie Klein

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein ("Debtor"). Debtor is cc'd on this email as well as proposed counsel for Debtor in this nondischargeability adversary proceeding the Vagos filed against the Debtor. Judge Sandra Klein ordered the parties to mediation. The parties have met and conferred as required by the Court on choice of mediator and have agreed to contact you regarding your availability to mediate this matter. Pursuant to the scheduling order attached, the parties must complete one day of mediation by March 10. Are you available and interested in mediating this matter? If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary proceeding. I have cc'd counsel for that plaintiff on this email as well. Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

*PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION*
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
Please take into consideration the environment before printing this email...save a Tree.

EXHIBIT 4                                                    Page 3 of 3

# EXHIBIT 5

# EXHIBIT 5

| | |
|---|---|
| **From:** | Meredith Jury |
| **To:** | Steven Mayer |
| **Cc:** | Reem Bello; Susan Stein; Rob Goe; Leslie Klein; Marc Lieberman |
| **Subject:** | Re: Mediation in the Case of Leslie Klein |
| **Date:** | Wednesday, January 31, 2024 12:51:56 PM |
| **Attachments:** | image002.png |
| | image003.png |



> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

If I understand these two emails correctly, there are two adversaries against the debtor and therefore a need for two mediations.  I believe that both need the mediation at least started by March 10.  Mr. Lieberman's email implies some things may change that deadline but right now I am working with the ordered date.  I am willing to do both and am sending out the dates in this one email for all of you to figure out what date might work for each mediation. My dates between now and March 10 are February 12, 19, 21, 23, 26 and March 1, 4, 6, 8.  It would help if I got a separate email selecting a date for each mediation so that I can be certain which attorneys and parties are involved with that particular mediation.  Thanks.
P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline changes.

On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer <smayer@mayerlawla.com> wrote:

> Ms. Bello, thank you for including me on your below email.
>
>
> Judge Jury, I represent the Plaintiff in the other adversary matter mentioned in Ms. Bello's email, which Judge Klein also ordered to mediation and with the same deadlines.  I have been speaking with Ms. Bello and Mr. Lieberman in this regard, and I am also interested in having you mediate my case.  They do not object to this request.
>
>
> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement dated December 24, 1992. Judge Klein entered a Scheduling Order with the same deadlines as Ms. Bello's case. Attached are copies of the Complaint and Scheduling Order.
>
>
> Thank you.
>
>
> -Steve
>
>
> **Steven M. Mayer, Esq.**
>
> **Mayer Law Group, A.P.C.**

EXHIBIT 5                                                                        Page 1 of 3



16133 Ventura Blvd., PH

Encino, CA 91436

**T** (818) 528-2858

**F** (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the sender or by telephone at (818) 528-2858.

---

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer <smayer@mayerlawla.com>
**Subject:** Mediation in the Case of Leslie Klein

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein ("Debtor").  Debtor is cc'd on this email as well as proposed counsel for Debtor in this nondischargeability adversary proceeding the Vagos filed against the Debtor.  Judge Sandra Klein ordered the parties to mediation.  The parties have met and conferred as required by the Court on choice of mediator and have agreed to contact you regarding your availability to mediate this matter.  Pursuant to the scheduling order attached, the parties must complete one day of mediation by March 10.  Are you available and interested in mediating this matter?  If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary proceeding.  I have cc'd counsel for that plaintiff on this email as well.  Thank you.

EXHIBIT 5                                    Page 2 of 3



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

*PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION*
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
Please take into consideration the environment before printing this email...save a Tree.

EXHIBIT 5                                                                          Page 3 of 3

# EXHIBIT 6

# EXHIBIT 6

| | |
|---|---|
| **From:** | Reem Bello |
| **To:** | Meredith Jury |
| **Cc:** | Susan Stein; Rob Goe; Leslie Klein; Marc Lieberman |
| **Subject:** | RE: Mediation in the Case of Leslie Klein |
| **Date:** | Friday, February 2, 2024 11:52:00 AM |
| **Attachments:** | ~WRD0005.jpg |
| | image001.png |
| | image002.png |

Judge Jury,

Good afternoon.  The Vagos are available on February 21 and March 6 for a Zoom mediation session.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

**From:** Meredith Jury <majury470@gmail.com>
**Sent:** Wednesday, January 31, 2024 12:51 PM
**To:** Steven Mayer <smayer@mayerlawla.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>; Rob Goe
<rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman
<marc.lieberman@flpllp.com>
**Subject:** Re: Mediation in the Case of Leslie Klein



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

If I understand these two emails correctly, there are two adversaries against the debtor and therefore a need for two mediations.  I believe that both need the mediation at least started by March 10.  Mr. Lieberman's email implies some things may change that deadline but right now I am working with the ordered date.  I am willing to do both and am sending out the dates in this one email for all of you to figure out what date might work for each mediation.  My dates between now and March 10 are February 12, 19, 21,

EXHIBIT 6                                    Page 1 of 3

23, 26 and March 1, 4, 6, 8.  It would help if I got a separate email selecting a date for each mediation so that I can be certain which attorneys and parties are involved with that particular mediation.  Thanks.

P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline changes.


On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer <smayer@mayerlawla.com> wrote:

> Ms. Bello, thank you for including me on your below email.
>
> Judge Jury, I represent the Plaintiff in the other adversary matter mentioned in Ms. Bello's email, which Judge Klein also ordered to mediation and with the same deadlines.  I have been speaking with Ms. Bello and Mr. Lieberman in this regard, and I am also interested in having you mediate my case.  They do not object to this request.
>
> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement dated December 24, 1992. Judge Klein entered a Scheduling Order with the same deadlines as Ms. Bello's case. Attached are copies of the Complaint and Scheduling Order.
>
> Thank you.
>
> -Steve
>
>
> **Steven M. Mayer, Esq.**
> *Mayer Law Group, A.P.C.*
>
> 
>
> 16133 Ventura Blvd., PH
> Encino, CA 91436
> T (818) 528-2858
> F (818) 514-2728
>
> This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the sender or by telephone at (818) 528-2858.
>
> ---
>
> **From:** Reem Bello <rbello@goeforlaw.com>
> **Sent:** Wednesday, January 31, 2024 11:58 AM
> **To:** 'Meredith Jury' <majury470@gmail.com>
> **Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer <smayer@mayerlawla.com>
> **Subject:** Mediation in the Case of Leslie Klein
>
>
> Good morning Judge Jury,
>
> I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein ("Debtor").  Debtor is cc'd on this email as well as proposed counsel for Debtor

EXHIBIT 6                                            Page 2 of 3

in this nondischargeability adversary proceeding the Vagos filed against the Debtor. Judge Sandra Klein ordered the parties to mediation.  The parties have met and conferred as required by the Court on choice of mediator and have agreed to contact you regarding your availability to mediate this matter.  Pursuant to the scheduling order attached, the parties must complete one day of mediation by March 10.  Are you available and interested in mediating this matter?  If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary proceeding.  I have cc'd counsel for that plaintiff on this email as well.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

*PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION*
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
*Please take into consideration the environment before printing this email...save a Tree.*

EXHIBIT 6                                              Page 3 of 3

# EXHIBIT 7

# EXHIBIT 7

| From: | Meredith Jury |
|---|---|
| To: | Reem Bello |
| Cc: | Susan Stein; Rob Goe; Leslie Klein; Marc Lieberman |
| Subject: | Re: Mediation in the Case of Leslie Klein |
| Date: | Monday, February 12, 2024 9:05:44 AM |



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No.  I only have your dates for this mediation

On Mon, Feb 12, 2024 at 8:55 AM Reem Bello <rbello@goeforlaw.com> wrote:

Good morning Judge Jury,

Have we heard from the Debtor regarding dates?  Thank you.

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

On Feb 2, 2024, at 11:52 AM, Reem Bello <rbello@goeforlaw.com> wrote:

Judge Jury,

Good afternoon.  The Vagos are available on February 21 and March 6 for a Zoom mediation session.  Thank you.

<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

EXHIBIT 7                                    Page 1 of 4

**From:** Meredith Jury <majury470@gmail.com>
**Sent:** Wednesday, January 31, 2024 12:51 PM
**To:** Steven Mayer <smayer@mayerlawla.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>; Rob
Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc
Lieberman <marc.lieberman@flpllp.com>
**Subject:** Re: Mediation in the Case of Leslie Klein

CAUTION: This email originated from outside of the organization. Do not click links or
open attachments unless you recognize the sender and know the content is safe.

If I understand these two emails correctly, there are two adversaries against the
debtor and therefore a need for two mediations. I believe that both need the
mediation at least started by March 10. Mr. Lieberman's email implies some
things may change that deadline but right now I am working with the
ordered date. I am willing to do both and am sending out the dates in this one
email for all of you to figure out what date might work for each mediation. My
dates between now and March 10 are February 12, 19, 21, 23, 26 and March 1,
4, 6, 8. It would help if I got a separate email selecting a date for each
mediation so that I can be certain which attorneys and parties are involved with
that particular mediation. Thanks.

P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline changes.

On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer <smayer@mayerlawla.com>
wrote:

> Ms. Bello, thank you for including me on your below email.

> Judge Jury, I represent the Plaintiff in the other adversary matter mentioned
> in Ms. Bello's email, which Judge Klein also ordered to mediation and with
> the same deadlines. I have been speaking with Ms. Bello and Mr. Lieberman
> in this regard, and I am also interested in having you mediate my case. They
> do not object to this request.

> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement
> dated December 24, 1992. Judge Klein entered a Scheduling Order with the
> same deadlines as Ms. Bello's case. Attached are copies of the Complaint and

EXHIBIT 7                                        Page 2 of 4

Scheduling Order.

Thank you.

-Steve

**Steven M. Mayer, Esq.**

**Mayer Law Group, A.P.C.**

\<image002.png\>

16133 Ventura Blvd., PH

Encino, CA 91436

**T** (818) 528-2858

**F** (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the sender or by telephone at (818) 528-2858.

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer <smayer@mayerlawla.com>
**Subject:** Mediation in the Case of Leslie Klein

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein ("Debtor").  Debtor is cc'd on this email as well as proposed

EXHIBIT 7                                    Page 3 of 4

counsel for Debtor in this nondischargeability adversary proceeding the Vagos filed against the Debtor. Judge Sandra Klein ordered the parties to mediation. The parties have met and conferred as required by the Court on choice of mediator and have agreed to contact you regarding your availability to mediate this matter. Pursuant to the scheduling order attached, the parties must complete one day of mediation by March 10. Are you available and interested in mediating this matter? If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary proceeding. I have cc'd counsel for that plaintiff on this email as well. Thank you.

<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

*PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION*
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
*Please take into consideration the environment before printing this email...save a Tree.*

EXHIBIT 7                                    Page 4 of 4

# EXHIBIT 8

# EXHIBIT 8

| | |
|---|---|
| **From:** | Leslie Klein |
| **To:** | Reem Bello |
| **Subject:** | Re: Mediation in the Case of Leslie Klein |
| **Date:** | Monday, February 12, 2024 9:05:35 AM |
| **Attachments:** | image001.png |
| | ~WRD0005.jpg |
| | image002.png |



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I agreed to March 29. Thanx
Sent from my iPhone


On Feb 12, 2024, at 8:55 AM, Reem Bello <rbello@goeforlaw.com> wrote:


Good morning Judge Jury,

Have we heard from the Debtor regarding dates?  Thank you.

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com


On Feb 2, 2024, at 11:52 AM, Reem Bello <rbello@goeforlaw.com> wrote:



Judge Jury,

Good afternoon.  The Vagos are available on February 21 and March 6 for a Zoom mediation session.  Thank you.


<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

EXHIBIT 8                                    Page 1 of 4

**From:** Meredith Jury <majury470@gmail.com>
**Sent:** Wednesday, January 31, 2024 12:51 PM
**To:** Steven Mayer <smayer@mayerlawla.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein
<sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein
<les.kleinlaw@gmail.com>; Marc Lieberman
<marc.lieberman@flpllp.com>
**Subject:** Re: Mediation in the Case of Leslie Klein

> CAUTION: This email originated from outside of the organization. Do not
> click links or open attachments unless you recognize the sender and know
> the content is safe.

If I understand these two emails correctly, there are two
adversaries against the debtor and therefore a need for two
mediations.  I believe that both need the mediation at least
started by March 10.  Mr. Lieberman's email implies some things
may change that deadline but right now I am working with the
ordered date.  I am willing to do both and am sending out the
dates in this one email for all of you to figure out what date might
work for each mediation.  My dates between now and March 10
are February 12, 19, 21, 23, 26 and March 1, 4, 6, 8.  It would help
if I got a separate email selecting a date for each mediation so
that I can be certain which attorneys and parties are involved
with that particular mediation.  Thanks.
P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline
changes.

On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer
<smayer@mayerlawla.com> wrote:

> Ms. Bello, thank you for including me on your below email.
>
> Judge Jury, I represent the Plaintiff in the other adversary matter
> mentioned in Ms. Bello's email, which Judge Klein also ordered to
> mediation and with the same deadlines.  I have been speaking with
> Ms. Bello and Mr. Lieberman in this regard, and I am also
> interested in having you mediate my case.  They do not object to
> this request.
>
> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust
> Agreement dated December 24, 1992. Judge Klein entered a
> Scheduling Order with the same deadlines as Ms. Bello's case.
> Attached are copies of the Complaint and Scheduling Order.

EXHIBIT 8                                    Page 2 of 4

Thank you.

-Steve


**Steven M. Mayer, Esq.**
*Mayer Law Group, A.P.C.*
<image002.png>

16133 Ventura Blvd., PH
Encino, CA 91436
T (818) 528-2858
F (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and
may contain information that is privileged, confidential or exempt from disclosure under
applicable law.  If the reader of this message is not the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited.  If
you have received this communication in error, please notify us immediately by replying to the
sender or by telephone at (818) 528-2858.

---

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe
<rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>;
Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer
<smayer@mayerlawla.com>
**Subject:** Mediation in the Case of Leslie Klein


Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy
case of debtor Leslie Klein ("Debtor").  Debtor is cc'd on this
email as well as proposed counsel for Debtor in this
nondischargeability adversary proceeding the Vagos filed
against the Debtor.  Judge Sandra Klein ordered the parties to
mediation.  The parties have met and conferred as required by
the Court on choice of mediator and have agreed to contact
you regarding your availability to mediate this matter.
Pursuant to the scheduling order attached, the parties must
complete one day of mediation by March 10.  Are you available
and interested in mediating this matter?  If so, please let us
know what dates and times work for you between now and
March 10.

EXHIBIT 8                                    Page 3 of 4

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary proceeding.  I have cc'd counsel for that plaintiff on this email as well.  Thank you.

<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

*PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION*
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
*Please take into consideration the environment before printing this email...save a Tree.*

EXHIBIT 8                                                            Page 4 of 4

# EXHIBIT 9

# EXHIBIT 9

| | |
|---|---|
| **From:** | Reem Bello |
| **To:** | Marc Lieberman; Meredith Jury |
| **Cc:** | Susan Stein; Rob Goe; Leslie Klein |
| **Subject:** | RE: Mediation in the Case of Leslie Klein |
| **Date:** | Monday, February 12, 2024 10:24:00 AM |
| **Attachments:** | ~WRD0002.jpg<br>image001.png |

Marc,

The Vagos are available February 21 and March 6 for a Zoom mediation session.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

**From:** Marc Lieberman <marc.lieberman@flpllp.com>
**Sent:** Monday, February 12, 2024 9:07 AM
**To:** Meredith Jury <majury470@gmail.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>; Rob Goe
<rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>
**Subject:** Re: Mediation in the Case of Leslie Klein



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I will get you a response from Les today. Remind me  again the date(s) you want.

**MARC A. LIEBERMAN, ESQ.**
FLP Law Group LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
t. 310.284.7350 ext. 2
marc.lieberman@flpllp.com
**www.flpllp.com**

This message and any attached documents contain information from the law firm of FLP Law Group LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in

EXHIBIT 9                                                Page 1 of 5

error, please notify the sender immediately by reply email and then delete this message. We are a
federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help
individuals and their companies find solutions to  their debt problems, including, where
appropriate, assisting them file petitions for relief under the United States Bankruptcy Code. This
does not constitute an electronic signature.


On Feb 12, 2024, at 9:05 AM, Meredith Jury <majury470@gmail.com> wrote:

No.  I only have your dates for this mediation

On Mon, Feb 12, 2024 at 8:55 AM Reem Bello <rbello@goeforlaw.com> wrote:

> Good morning Judge Jury,
>
> Have we heard from the Debtor regarding dates?  Thank you.
>
> **Reem J. Bello | Partner**
> **Goe Forsythe & Hodges LLP**
> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
> Office (949) 798-2460 | Fax (949) 955-9437
> rbello@goeforlaw.com | www.goeforlaw.com
>
>
>> On Feb 2, 2024, at 11:52 AM, Reem Bello <rbello@goeforlaw.com>
>> wrote:
>>
>> Judge Jury,
>>
>> Good afternoon.  The Vagos are available on February 21 and March 6 for a
>> Zoom mediation session.  Thank you.
>>
>>
>> <image001.png>
>>
>> **Reem J. Bello | Partner**
>> **Goe Forsythe & Hodges LLP**
>> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
>> Office (949) 798-2460 | Fax (949) 955-9437
>> rbello@goeforlaw.com | www.goeforlaw.com

EXHIBIT 9                              Page 2 of 5

**From:** Meredith Jury <majury470@gmail.com>
**Sent:** Wednesday, January 31, 2024 12:51 PM
**To:** Steven Mayer <smayer@mayerlawla.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>;
Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc
Lieberman <marc.lieberman@flpllp.com>
**Subject:** Re: Mediation in the Case of Leslie Klein

> CAUTION: This email originated from outside of the organization. Do not click links or
> open attachments unless you recognize the sender and know the content is safe.

If I understand these two emails correctly, there are two adversaries
against the debtor and therefore a need for two mediations.  I
believe that both need the mediation at least started by March 10.  Mr.
Lieberman's email implies some things may change that deadline but
right now I am working with the ordered date.  I am willing to do both and
am sending out the dates in this one email for all of you to figure out
what date might work for each mediation.  My dates between now and
March 10 are February 12, 19, 21, 23, 26 and March 1, 4, 6, 8.  It
would help if I got a separate email selecting a date for each mediation
so that I can be certain which attorneys and parties are involved with
that particular mediation.  Thanks.
P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline
changes.

On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer
<smayer@mayerlawla.com> wrote:

> Ms. Bello, thank you for including me on your below email.
>
> Judge Jury, I represent the Plaintiff in the other adversary matter mentioned
> in Ms. Bello's email, which Judge Klein also ordered to mediation and
> with the same deadlines.  I have been speaking with Ms. Bello and Mr.
> Lieberman in this regard, and I am also interested in having you mediate
> my case.  They do not object to this request.
>
> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement
> dated December 24, 1992. Judge Klein entered a Scheduling Order with the
> same deadlines as Ms. Bello's case. Attached are copies of the Complaint
> and Scheduling Order.
>
> Thank you.
>
> -Steve
>
> **Steven M. Mayer, Esq.**
> **Mayer Law Group, A.P.C.**

EXHIBIT 9                                    Page 3 of 5

16133 Ventura Blvd., PH
Encino, CA 91436
T (818) 528-2858
F (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of
this message is not the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received this communication in error,
please notify us immediately by replying to the sender or by telephone at (818) 528-2858.

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe
<rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc
Lieberman <marc.lieberman@flpllp.com>; Steven Mayer
<smayer@mayerlawla.com>
**Subject:** Mediation in the Case of Leslie Klein

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of
debtor Leslie Klein ("Debtor"). Debtor is cc'd on this email as well as
proposed counsel for Debtor in this nondischargeability adversary
proceeding the Vagos filed against the Debtor. Judge Sandra Klein
ordered the parties to mediation. The parties have met and conferred
as required by the Court on choice of mediator and have agreed to
contact you regarding your availability to mediate this matter.
Pursuant to the scheduling order attached, the parties must complete
one day of mediation by March 10. Are you available and interested in
mediating this matter? If so, please let us know what dates and times
work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding
involving a separate, unrelated plaintiff who may also be interested in
having you mediate their adversary proceeding. I have cc'd counsel
for that plaintiff on this email as well. Thank you.

<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

EXHIBIT 9                                                    Page 4 of 5

***PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION***
*This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act
(18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The information
contained herein is intended for the personal and confidential use of the recipient(s) named above.
This e-mail message and all attachments may contain legally privileged and confidential information
intended solely for the use of the addressee. If you are not the intended recipient, you should
immediately stop reading this message and delete it from your system. Any unauthorized reading,
distribution, copying, or other use of this communication or its attachments is strictly prohibited by
law and is subject to criminal and civil penalties. All personal messages express solely the sender's
views and not those of Goe Forsythe & Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR
WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF
AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR
APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.*
Please take into consideration the environment before printing this email...save a Tree.

EXHIBIT 9                                                                                    Page 5 of 5

# EXHIBIT 10

# EXHIBIT 10

| | |
|---|---|
| **From:** | Meredith Jury |
| **To:** | Reem Bello |
| **Cc:** | Leslie Klein; Susan Stein; Rob Goe |
| **Subject:** | Re: Mediation in the Case of Leslie Klein |
| **Date:** | Thursday, February 29, 2024 3:28:49 PM |
| **Attachments:** | image001.png |



> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I can still mediate on March 6 if that date works

On Thu, Feb 29, 2024 at 3:24 PM Reem Bello <rbello@goeforlaw.com> wrote:

> Mr. Klein,
>
>
> We have not heard back from you regarding the Court-ordered mediation and it has been weeks since my last email. Pursuant to the attached order, we are required to complete one mediation session by March 10, 2024. We have sent our available dates a number of times, but we have not received a response from you. Again, the Vagos are available on March 6 for a Zoom mediation, but Judge Jury may no longer be available. Please advise of your availability to mediate through March 10. Thank you.
>
>
> 
>
> **Reem J. Bello | Partner**
> **Goe Forsythe & Hodges LLP**
> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
> Office (949) 798-2460 | Fax (949) 955-9437
> rbello@goeforlaw.com | www.goeforlaw.com

---

**From:** Reem Bello
**Sent:** Monday, February 12, 2024 10:25 AM
**To:** Marc Lieberman <marc.lieberman@flpllp.com>; Meredith Jury <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>
**Subject:** RE: Mediation in the Case of Leslie Klein

Marc,

EXHIBIT 10                                                                 Page 1 of 7

The Vagos are available February 21 and March 6 for a Zoom mediation session.  Thank you.



**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

**From:** Marc Lieberman <marc.lieberman@flpllp.com>
**Sent:** Monday, February 12, 2024 9:07 AM
**To:** Meredith Jury <majury470@gmail.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>; Rob Goe
<rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>
**Subject:** Re: Mediation in the Case of Leslie Klein

> CAUTION: This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

I will get you a response from Les today. Remind me  again the date(s) you want.


**MARC A. LIEBERMAN, ESQ.**

FLP Law Group LLP

1875 Century Park East, Suite 2230

Los Angeles, CA 90067

t. 310.284.7350 ext. 2

marc.lieberman@flpllp.com

EXHIBIT 10                                    Page 2 of 7

**www.flpllp.com**


This message and any attached documents contain information from the law firm of FLP Law Group LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message. We are a federally designated Debt Relief Agency under the United States Bankruptcy Laws. We help individuals and their companies find solutions to their debt problems, including, where appropriate, assisting them file petitions for relief under the United States Bankruptcy Code. This does not constitute an electronic signature.


> On Feb 12, 2024, at 9:05 AM, Meredith Jury <majury470@gmail.com> wrote:
>
>
> No.  I only have your dates for this mediation
>
>
> On Mon, Feb 12, 2024 at 8:55 AM Reem Bello <rbello@goeforlaw.com> wrote:
>
>> Good morning Judge Jury,
>>
>>
>> Have we heard from the Debtor regarding dates?  Thank you.
>>
>> **Reem J. Bello | Partner**
>> **Goe Forsythe & Hodges LLP**
>> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
>> Office (949) 798-2460 | Fax (949) 955-9437
>> rbello@goeforlaw.com | www.goeforlaw.com
>>
>>
>>> On Feb 2, 2024, at 11:52 AM, Reem Bello <rbello@goeforlaw.com> wrote:

EXHIBIT 10                                    Page 3 of 7

Judge Jury,

Good afternoon.  The Vagos are available on February 21 and March 6 for a Zoom mediation session.  Thank you.

<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

**From:** Meredith Jury <majury470@gmail.com>
**Sent:** Wednesday, January 31, 2024 12:51 PM
**To:** Steven Mayer <smayer@mayerlawla.com>
**Cc:** Reem Bello <rbello@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>
**Subject:** Re: Mediation in the Case of Leslie Klein

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

If I understand these two emails correctly, there are two adversaries against the debtor and therefore a need for two mediations.  I believe that both need the mediation at least started by March 10.  Mr. Lieberman's email implies some things may change that deadline but right now I am working with the ordered date.  I  am willing to do both and am sending out the

EXHIBIT 10                                    Page 4 of 7

dates in this one email for all of you to figure out what date might work for each mediation.  My dates between now and March 10 are February 12, 19, 21, 23, 26 and March 1, 4, 6, 8.  It would help if I got a separate email selecting a date for each mediation so that I can be certain which attorneys and parties are involved with that particular mediation.  Thanks.

P.S. later dates in March are 11, 20, 25, 27, and 29 if the deadline changes.


On Wed, Jan 31, 2024 at 12:26 PM Steven Mayer <smayer@mayerlawla.com> wrote:

> Ms. Bello, thank you for including me on your below email.


> Judge Jury, I represent the Plaintiff in the other adversary matter mentioned in Ms. Bello's email, which Judge Klein also ordered to mediation and with the same deadlines.  I have been speaking with Ms. Bello and Mr. Lieberman in this regard, and I am also interested in having you mediate my case.  They do not object to this request.


> My client is Jeffrey Siegel, Successor Trustee of the Scott Trust Agreement dated December 24, 1992. Judge Klein entered a Scheduling Order with the same deadlines as Ms. Bello's case. Attached are copies of the Complaint and Scheduling Order.


> Thank you.


> -Steve


> **Steven M. Mayer, Esq.**

> *Mayer Law Group, A.P.C.*

> <image002.png>

> 16133 Ventura Blvd., PH

EXHIBIT 10                                    Page 5 of 7

Encino, CA 91436

**T** (818) 528-2858

**F** (818) 514-2728

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender or by telephone at (818) 528-2858.

---

**From:** Reem Bello <rbello@goeforlaw.com>
**Sent:** Wednesday, January 31, 2024 11:58 AM
**To:** 'Meredith Jury' <majury470@gmail.com>
**Cc:** Susan Stein <sstein@goeforlaw.com>; Rob Goe <rgoe@goeforlaw.com>; Leslie Klein <les.kleinlaw@gmail.com>; Marc Lieberman <marc.lieberman@flpllp.com>; Steven Mayer <smayer@mayerlawla.com>
**Subject:** Mediation in the Case of Leslie Klein

Good morning Judge Jury,

I represent Erica and Joseph Vago ("Vagos") in the bankruptcy case of debtor Leslie Klein ("Debtor"). Debtor is cc'd on this email as well as proposed counsel for Debtor in this nondischargeability adversary proceeding the Vagos filed against the Debtor. Judge Sandra Klein ordered the parties to mediation. The parties have met and conferred as required by the Court on choice of mediator and have agreed to contact you regarding your availability to mediate this matter. Pursuant to the scheduling order attached, the parties must complete one day of mediation by March 10. Are you available and interested in mediating this matter? If so, please let us know what dates and times work for you between now and March 10.

Also, there is another nondischargeability adversary proceeding involving a separate, unrelated plaintiff who may also be interested in having you mediate their adversary

EXHIBIT 10                    Page 6 of 7

proceeding.  I have cc'd counsel for that plaintiff on this email
as well.  Thank you.


<image001.png>

**Reem J. Bello | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA
92614
Office (949) 798-2460 | Fax (949) 955-9437
rbello@goeforlaw.com | www.goeforlaw.com

---

**PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION**
*This entire e-mail and its attachments are covered by the Electronic
Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do
NOT Forward This Message.*

*This message originates from the law firm of Goe Forsythe & Hodges LLP. The
information contained herein is intended for the personal and confidential use of
the recipient(s) named above. This e-mail message and all attachments may
contain legally privileged and confidential information intended solely for the use of
the addressee. If you are not the intended recipient, you should immediately stop
reading this message and delete it from your system. Any unauthorized reading,
distribution, copying, or other use of this communication or its attachments is
strictly prohibited by law and is subject to criminal and civil penalties. All personal
messages express solely the sender's views and not those of Goe Forsythe &
Hodges LLP.*
*ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT
INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE
RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE
IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE
OR LOCAL TAX LAW PROVISIONS.*
Please take into consideration the environment before printing this email...save a Tree.

EXHIBIT 10                                                          Page 7 of 7

# EXHIBIT 11

# EXHIBIT 11

| | |
|---|---|
| **From:** | Leslie Klein |
| **To:** | Marc Lieberman |
| **Cc:** | Reem Bello |
| **Subject:** | Re: Mediation |
| **Date:** | Friday, March 1, 2024 9:49:37 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am not available Marc 6 or 7. I am available any day March 27 to April 10. Thsnx

Sent from my iPhone

> On Feb 29, 2024, at 4:46 PM, Reem Bello <rbello@goeforlaw.com> wrote:
>
> Mr. Klein,
>
> March 29 was never agreed to. March 29 is a religious holiday, it is Good Friday and I am not available on that day. I am not going to argue with you about the plain language of the order. Your proposed date does not comply with the Court's order and further, I am not available on that date. Are you refusing to comply with the terms of the Court's order which requires that one day of mediation be completed by March 10? Again, you cannot unilaterally choose the date and unilaterally determine what the Court requires. The parties must comply with the terms of the Court's order.
>
>
> Reem J. Bello | Partner
> Goe Forsythe & Hodges LLP
> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
> Office (949) 798-2460 | Fax (949) 955-9437
> rbello@goeforlaw.com | www.goeforlaw.com
>
>
> -----Original Message-----
> From: Leslie Klein <les.kleinlaw@gmail.com>
> Sent: Thursday, February 29, 2024 4:41 PM
> To: Reem Bello <rbello@goeforlaw.com>
> Subject: Re: Mediation
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> You agreed to March 29. March 29 is not a Jewish holiday. The judge had no problem as long as we conclude the mediation by April 15. We can pick another date that I am available and the Vago's are available and the Judge is available between March 25 and April 9.
>
> Sent from my iPhone
>
>> On Feb 29, 2024, at 4:11 PM, Reem Belloe mediati<rbello@goeforlaw.com> wrote:
>>
>> Mr. Klein,
>>
>> You cannot unilaterally set the mediation date. The mediation must be a mutually agreeable date between all parties involved, including the mediator, Judge Jury, and with the Vagos who are the plaintiffs. I am not available on March 29, 2024 which is a religious holiday. Moreover, March 29 is a Friday and the Vagos are not available on Fridays. The Judge ordered one session of mediation to be completed by March 10. Have you read the order?

EXHIBIT 11                                    Page 1 of 2

>>
>>
>> Reem J. Bello | Partner
>> Goe Forsythe & Hodges LLP
>> 17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614 Office
>> (949) 798-2460 | Fax (949) 955-9437 rbello@goeforlaw.com |
>> www.goeforlaw.com
>>
>>
>> -----Original Message-----
>> From: Leslie Klein <les.kleinlaw@gmail.com>
>> Sent: Thursday, February 29, 2024 3:44 PM
>> To: majury470@gmail.com
>> Cc: Reem Bello <rbello@goeforlaw.com>
>> Subject: Mediation
>>
>> CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.
>>
>> I am not available March 6. I have the mediation set for March 29. Thank you  The Judge did not say that if has
ti be completed by March 10.
>>
>> Sent from my iPhone
>>
>>
>> _____
>> PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION This
>> entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-
2521) and is legally privileged. Do NOT Forward This Message.
>>
>> This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is
intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all
attachments may contain legally privileged and confidential information intended solely for the use of the addressee.
If you are not the intended recipient, you should immediately stop reading this message and delete it from your
system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is
strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the
sender's views and not those of Goe Forsythe & Hodges LLP.
>> ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN
TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING
PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE
STATE OR LOCAL TAX LAW PROVISIONS.
>> Please take into consideration the environment before printing this email…save a Tree.

EXHIBIT 11                                                Page 2 of 2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF PLAINTIFFS RE PLAINTIFFS' EFFORTS TO COMPLY WITH SCHEDULING ORDER AFTER STATUS CONFERENCE; DECLARATION OF REEM J. BELLO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com**
- **Brian A Procel    bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com**
- **Nikko Salvatore Stevens    nikko@cym.law, mandi@cym.law**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com**

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 1, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Leslie Klein, 322 N. June Street, Los Angeles, CA 90001

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 1, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Sandra R. Klein, USBC, 255 E. Temple Street, Ctrm 1575, Los Angeles, CA 90012

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 1, 2024 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6