ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors and Plaintiffs
Erica and Joseph Vago

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　Debtor.<br><br>ERICA VAGO and JOSEPH VAGO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No. 2:23-ap-01150-SK<br><br>**NOTICE OF DATE SET FOR ONE SESSION OF MEDIATION TO BE HELD ON JULY 9, 2024** |

Erica Vago and Joseph Vago ("Plaintiffs") hereby submit this Notice of Date Set For One Session of Mediation to be Held on July 9, 2024 ("Mediation Date Notice") in the above-entitled

1

adversary proceeding ("Vago Proceeding") in the bankruptcy case of Leslie Klein ("Debtor"), and respectfully represent as follows:

At the status conference hearing held by the Court on April 17, 2024, the Court set certain deadlines with respect to the setting of mediation in the Vago Proceeding.

Pursuant to the Court's order, on April 18, 2024, Plaintiffs timely filed the Notice Regarding Available Dates of Mediator to Conduct One Session of Mediation ("Notice"). *See* Docket No. 45.

Pursuant to the Court's order, by no later than April 26, 2024, Defendant, Leslie Klein ("Defendant") was required to file written notice of his available dates to participate in one session of mediation from the above available dates of the Mediator. Defendant failed to file such written notice with the Court. On April 21, 2024, Defendant provided email correspondence to Plaintiffs' counsel and the mediator regarding his availability to participate in one session of mediation from the available dates provided by the mediator.

**Pursuant to the Court's order, Plaintiffs' counsel timely submits this Notice to advise the Court that July 9, 2024 has been set for one session of mediation in the Vago Proceeding.**

                Respectfully submitted,

Dated: April 29, 2024        **GOE FORSYTHE & HODGES LLP**

        By: /s/Reem J. Bello
           Reem J. Bello
           Attorneys for Plaintiffs Erica Vago and
           Joseph Vago

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DATE SET FOR ONE SESSION OF MEDIATION TO BE HELD ON JULY 9, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Leslie Klein, 322 N. June Street, Los Angeles, CA 90001

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 29, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Leslie Klein:  les.klein@gmail.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2024 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3